UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13CV6885

TONY SHAW

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

under the

Civil Rights Act, 42 U.S.C. § 1983

-against-

(Prisoner Complaint)

1.) Dora Schriro, Commissioner of NYC (DOC).

2.) Maggie Peck, Director of Constituent Services
NYC Department of Corrections.

Jury Trial: ☐ Yes  ☐ No

3.) Captain: Blassingame, et., al. CO. Carentz,
CO. Clark, and CO. Thomas, Rikers Island (GRVC).

(check one)

4.) Rosa Lugo, Record Access Officer.

5.) NYC (DOCS) Department Health Affairs Unit.

6.) NYC Department of Health and Mental Hygiene.

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

RECEIVED

SEP 2 0 2013

PRO SE OFFICE

## I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff    Name  **Tony Shaw**

ID # **DIN: 12A2399**

Current Institution  **GROVELAND CORRECTIONAL FACILITY**

Address  **P.O. Box 50**

**Sonyea, New York 14556-0050**

B.  List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name **Dora Schriro, Commissioner:**    Shield #_____

Where Currently Employed  **NYC (DOCS).**

Address  **75-20 Astoria Boulevard**

**Jackson Heights, New York 11370**

Defendant No. 2    Name Maggie Peck, Dir. Constituent ___ Shield #_____
                                                 Services.
Where Currently Employed NYC (DOCS).
Address 75-20 Astoria Boulevard
           Jackson Heights, New York 11370
       Captain Blassingame, CO. Carentz, CO. Clark, CO. Thomas,

Defendant No. 3    Name George R. Vieno Center. (GRVC). Shield #_____
Where Currently Employed Rikers Island NYC (DOCS).
Address 09-09 Hazen Street, East Elmhurst, N.Y. 11370

                       (Record
Defendant No. 4    Name Rosa Lugo, Access Officer). _____ Shield #_____
Where Currently Employed NYC (DOCS) Legal Division
Address Bulova Corporate Center 75-20 Astora Boulevard
           3rd Floor. East Elmhurst, New York 11370

Defendant No. 5    Name Chari Anhouse,Associate General Shield #_____
Where Currently Employed NYC(DOC) Dept of    Counsel.
Address 42-09 28th, St.(CN31) Health and Mental Hygiene.
       Long Island City, New York 11101

Defendant No.6 Department's Health Affairs Unit. (Address Unknown)

**II.    Statement of Claim:** Also, NYC (DOC) 1741 Hazen St. NY, NY. 11370

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
George R. Vieno Center (GRVC) Annex 15-B. Side (38-Upper/cell)

B.    Where in the institution did the events giving rise to your claim(s) occur?
(GRVC) Facility (38-Upper/cell). (Clinic/sick call and Messhall worker/job/duty

C.    What date and approximate time did the events giving rise to your claim(s) occur?
November 26, 2011. About 11: 35 AM. Also, on 11/27/11. 11/28/11.
12:00 PM 3:00 PM. December 05th, 2011. 12/13/11. 09:50:00
12/15/11. 16:43:00 Also, see Final Result Report 12/15/11.
(GRVC) Grievance Dates: 5/10/2012; 02/06/12.    16:39:00
Patient Complaint/Request Form Date: 3/02/12.-5:00PM.
The Legal Aid Society.(Staff Attorney) Dale Wilker, 4/11/2012
                                               And: 5/18/12.

D.   Facts: On November 26, 2011. The plaintiff, had reported sickness, ailment of weakness and excruciating pains in the throat and trouble, problems having to do with swallowing and eating/digesting saliva; cold liquids and solid foods. During Breakfast/Lunch-Chow hours.

> **What happened to you?**

The plaintiff, further alleges that he informed Housing Unit Officer. In (GRVC) Annex 15-B. Side while requesting "Emergency" SICK-CALL. The plaintiff, repeatedly went to (GRVC) Clinic. Feeling extreme/mild discomfort and pains of the throat, chest and stomach cramps along with hehydration/thirst. Being "Denied" and "Turned Away" By clinic,CO

> **Who did what?**

Not to my knowledge, although there were other inmates in sick-call. Who stated and claimed nearby plaintiff they had similiar symtoms. While plaintiff (Tony Shaw), Vomited; throne up six half hours waiting inside bullpen cell and without "NO WATER" for over three in half hrs. While in a small crowded holding cell.

> **Was anyone else involved?**

Medical Nurse/staff; Social Services Counselor Ms. Williams. Plaintiff showed very bad, poor signals in face and body per Psychiatrist and Therapist. (GRVC) Clinic Personnel.

> **Who else saw what happened?**

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The plaintiff, contracted HELICOBACTER ANTIBODY. H.PYLORI Ab., IgA High Count Level 1.25  0.99 POSITIVE. The plaintiff, later on received two or more in a half weeks of "Antibiotics". The plaintiff, furhher alleges having bloating, nausea, and constantly blurry vision headaches/dizziness as well as having blood in plaintiff stool.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _x_   No _____

*Rev. 05/2010*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____The plaintiff, previously was incarcerated on_____

Rikers Island (GRVC) Facility. Annex 15-B. No. 38-upper/cell_____

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __X__     No ____     Do Not Know ____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____     No ____     Do Not Know __X__

If YES, which claim(s)? _____

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __X__     No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____     No __X__

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?

On 5/10/12. "Denied Sick-Call,CO.ClinGrievance No. V-044/12 Date:2/6/12.

1.     Which claim(s) in this complaint did you grieve? (GRVC) Clinic/Sick Call, inmates

Water Fountain have been out of order for months and "Denied"sickcall.

2.     What was the result, if any? (IGRC) Staff/Personnel found that plaintiff's

complaint was granted due to negligence and action for request accepted

3.     What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. The plaintiff, written complaint letters To: Dora Schriro, Commissioner: NYC (DOCS). And to Maggie Peck, NYC (DOCS) Director of Constituent Services. Alongwith, other letters for NYC FOIL Request to Rosa Lugo, Record Access Officer. And CHS Medical Records Unit. NYC Dept. of Health and Mental Hygiene. "A few occasions". The Legal Aid Society/Prisoners Right Project. (Staff Attorney).

F.     If you did not file a grievance: Mr. Gary R. Sunden, Esq. Assigned By Courts.Attn:

1.     If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

2.     If you did not file a grievance but informed any officials of your claim, state who you informed,

Deputy Superintendent of Programs "Mr. Williams", (GRVC) Facility.

when and how, and their response, if any: April; and May 2012. The plaintiff, (Tony Shaw), attempted on numerous occasions to further explain and show staff Medical Document in (GRVC) Lab/Test Results for H.PYLORI, AILMENT DATED ON 12/05/2011. Because of Unhealty and Unlooked at "Sytemic Deplorable Deficiency and Living Conditions". Plaintiff, claim was totally disregarded and ignored, void by

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative (GRVC). remedies. The plaintiff, filed (NOTICE OF CLAIM AND AFFIDAVIT OF SERVICE) Notarized on date of January 31, 2012. Received Claim No. 2012PI00884 Enclosed is an e-mail letter from the legal aid society (Staff Attorney) To support plaintiffs medical complaint problems regarding ailment.

Mr. Gary R. Sunden, Esq. 18-B (Attorney at Law). for the plaintiff.

_____

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.   Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Compensatory, Nonimal, and Punitive Damages in the amount of $ 5,000.000.oo (Five Million Dollars). The Plaintiff, was infected with the virus/disease of (H.PYLORI) A HIGH COUNT LEVEL 1.25 POSITIVE. The Physical injury's are as follows: The plaintiff, is overly concerned that the virus/disease will come back and I have to deal with the whole senario all over again. Because the plaintiff, did not arrived, come to (GRVC) with such said ailment nor did the plaintiff ever had in his past "NO" Medical Condition and is living at present time of incarceration really afraid that this problem may return in the future. Also, during my confinement at Groveland Correctional Facility. I was informed by Medical staff, that had "NOT" the plaintiff, sought Medical Attention I would have died. The plaintiff, has Toxicogenic Bacterial Gastro-enteritis, which is a Intestinal Injury combined with Upper Respiratory infection. In addition to physical injury I suffered emotional trauma, anguish, distress and pain. Etc.

**VI.   Previous lawsuits:**

| On these claims |

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _x_

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.     Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.     Court (if federal court, name the district; if state court, name the county) _____
           _____

   3.     Docket or Index number _____

   4.     Name of Judge assigned to your case _____

   5.     Approximate date of filing lawsuit _____

   6.     Is the case still pending?  Yes _____  No _____
          If NO, give the approximate date of disposition _____

   7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in   your   favor?   Was   the   case   appealed?) _____
          _____
          _____

<table>
<tr><td>On other claims</td></tr>
</table>

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
       Yes _____   No **X**____

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.     Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.     Court (if federal court, name the district; if state court, name the county) _____
           _____

   3.     Docket or Index number _____

   4.     Name of Judge assigned to your case _____

   5.     Approximate date of filing lawsuit _____

   6.     Is the case still pending?  Yes _____  No _____
          If NO, give the approximate date of disposition _____

   7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
          _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of September , 20 13

| | |
|---|---|
| Signature of Plaintiff | TONY SHAW |
| Inmate Number | DIN: 12A2399 |
| Institution Address | GROVELAND CORRECTIONAL FACILITY |
| | P.O. BOX 50 |
| | SONYEA, NEW YORK 14556-0050 |

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __23__ day of September , 20 13 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Tony Shaw_

Tony Shaw DIN: 12A2399
Groveland Corr., Fac.
P.O. Box 50
Sonyea, N.Y. 14556

Date: 9/23/2013

CLERK
United States District Court
Southern District of New York
CourtHouse-500 Pearl Street Room No. 230
New York, New York 10007

    RE: Note: See Copies "Exhibits" to this medical complaint.

Dear Sirs or Madam:

    I am writing you this you regarding your letter on 9/13/13.
The papers that your your PRO SE Intake Office mailed to me was
for and marked (X) Other: Mr. Shaw, you are unable to prcess my
document dated on 9/9/13. Therefore, I have filed an Amended-
Complaint.

    In conclusion, I am enclosing some copies to be used as my
"Exhibits". Also, I do have more pertaining documents to add to
my Amended Complaint. However, at this time the Law-Library copy
Machine is presently out of order and will be fixed or repaired
possibly sooner or later.

    Thank you for your time and attention in this matter.
Have a great day as well.

               Sincerely,

               Tony Shaw

Cc:  File

#15 Copies
Enclosed:

RECEIVED
SEP 2 ᵘ 2013
PRO SE OFFICE

Tony Shaw,#349-11-06308
09-09-Hazen,St. GRVC
East Elmhurst, N.Y.11370

Dora Schriro, Commissioner
NYC Department Of Corrections
75-20 Astoria Boulevard
Jacksnn Heights, N.Y. 11370

January 17, 2012

Dear Ms. Schriro;

    Prior to my arrival at the G.R.V.C. Facility on Rikers Island.
My labwork  including all bloodwork, Hepatitis, T.B. and H.I.V. testing
and all other medical exams indicated no signs of my present condition
H.Pylori, which I had contracted after my arrival at this facility.

    After my Diagnosis; I am currently being treated for Diarrhea,
Difficulty in swallowing, Stomach cramps, Nausea, Constant dehydration
and Cold sweating during bed time hours.

    This has caused me a great deal of phsical and emotional problems.
such as tramatic and anxiety because of the unhealthy and unlooked at
conditions in this facility, which also brought on pain and suffering.

    I truly like to hear from you about this matter at your earliest
convience!

                              Very truly yours;

                              Tony A. Shaw, 3491106308

cc/file M. Peck



**The City of New York**

NEW YORK CITY DEPARTMENT OF CORRECTION
Dora B. Schriro, Commissioner
Office of the Commissioner

75-20 Astoria Blvd
East Elmhurst, NY 11370

January 30, 2012

Tony Shaw (349-11-06308)
George R. Vierno Center
09-9 Hazen Street
East Elmhurst, NY 11370

Dear Mr. Shaw:

The New York City Department of Correction received your letter dated January 17, 2012.

Please be advised that the issues described in your letter have been forwarded to the Department's Health Affairs Unit for direct action and response.

Thank you for contacting the Department of Correction.

Sincerely,

Maggie Peck
Director of Constituent Services

To: Rosa Lugo, Record Access Officer
NYC Dept. OF Corrections
75-20 Astoria, Blvd.
East Elmhurst, N.Y. 11370

From: Tony Shaw
DIN: 12A2399

Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403-2500

Date: July 31, 2012

Re: Freedom of Information Law Request

Records Officer:

PLEASE TAKE NOTICE, that pursuant to Article 6 of the
New York Public Officers Law, Section 84 et seq., a request
is hereby made to produce the following records for inspection
and/or copying:

I would like the water testing reports.
Because I became sick from ingested contam-
inated water.
How many people Contracted H. Pylori, in
the last 10 to 15 years while on Rikers-
Island.

Pursuant to Article 6 of the Public Officers Law, Section
89 (3), you have five business days from the receipt of this
request to comply or respond in writing, setting forth a date
when the requestor may expect receipt of the requested records.
Failure to timely comply or respond will be deemed a denial
of this request.

If there are any charging fees or cost for copying, please
inform the requestor of the amount of pages and cost for each
page.

If for any reason any part of this request is denied, please
inform the requestor in writing the reason(s) for the denial,
and to whom and where an appeal should be sent.

Very Truly yours,



**The City of New York**

**NEW YORK CITY DEPARTMENT OF CORRECTION**
**Dr. Dora Schriro, Commissioner**
**Nadene M.Pinnock, Deputy General Counsel**
Legal Division
Bulova Corporate Center
75-20 Astoria Boulevard, 3rd Floor
East Elmhurst, NY 11370
(This writer's tele.no.)718-546-0952
Fax  718▪278▪6001

August 9, 2012

Mr. Tony Shaw # 12A2399
Mid-State Correctional Facility
PO Box 2500
Marcy, NY 13403

Re: FOIL Request

Dear Mr. Shaw:

    This letter is to acknowledge the record request you submitted to the New York City Department of Correction (copy enclosed).  The Department expects to notify you within twenty (20) business days of this letter whether it will grant or deny your request either in whole or in part, pursuant to the New York State Public Officers Law, Section 89(3).

Yours truly,

Rosa Lugo

Rosa Lugo
Records Access Officer

Enclosure


**Health**
**Correctional Health Services**

SHAW, TONY

45 Y old Male, DOB: 05/20/1965
HOMELESS, 936, NY, NY 10036
Provider: Kerrison, David, MD

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | eclinicalworks, support (PROD) | Date: 04/23/2011<br>Time: 04:20 PM |

**Reason**        Transfer Chart Review

**Action Taken**   Craig,Reginale , RN 4/24/2011 3:36:07 AM > Kerrison,David , MD 4/24/2011 6:51:17 AM >

**Reason for Appointment**
1. Transfer Chart Review

**History of Present Illness**

TEMPLATES:
    Transfer Chart Review.
Patient Chart Reviews:
    Patient Labs Review (Completed by: NURSING)
    Intake History and Physical Documented: Yes /,
    RPR Date: 04/18/2011,
    RPR Results: Negative /,
    PPD Reading Date: 04/20/2011,
    PPD Results: Negative /,
    CXR Results: Not Indicated /,
    Priority Review Required: No /,
    Reason Priority Chart Required: /,

    . Patient Status Review (Completed by: MEDICAL)
    Consults re-written (If past due or missing)? No Consults /,
    Dietary Consult Written: No /,
    Mental Health Follow-up: Not Indicated /,
    Patient called to clinic? Not Indicated /,
    OK for Food Handler's Certificate? Yes /,
    Chronic Care issues added to PL? No Active Problems /,
    Other Active problems added? Yes /Obesity - 5/17/11,
    Necessary Labs and Xrays Scheduled? N/A /,
    Were Allergies Added? Yes /Allergy to penicillins,
    List Medications re-written? No Meds /,
    HIV Status is updated on the CHS Tab and Problem List: Yes /Rapid HIV test was negative on 4/18/11,

Patient: SHAW, TONY   DOB: 05/20/1965   Provider: Kerrison, David, MD   04/23/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Current Medications**
None

**Past Medical History**
Chickenpox

**Allergies**
pcn

---

Patient: SHAW, TONY   DOB: 05/20/1965   Provider: Kerrison, David, MD   04/23/2011

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**Health**

**Correctional Health Services**

### SHAW, TONY
NYSID: 04781520Y  BookCase: 3491106308
Facility Code: GRVC  Housing Area: 8B
45 Y old Male, DOB: 05/20/1965
HOMELESS, 936, NY, NY-10036
Insurance: Self Pay

---

05/10/2011                           Progress Notes: Dawnette Henry-Davis, RN

**Current Medications**
Multivitamins Tablet 1 1 tab Daily, stop date 06/01/2011
Clindamycin HCl Capsule 150 MG 2 caps Three Times a Day, stop date 05/12/2011
Remeron Tablet 30 mg 1 tab At Bedtime, stop date 05/13/2011
Risperidone Tablet 2 MG 1 tab At Bedtime, stop date 05/13/2011
Clotrimazole Solution 1 % apply Twice a Day, stop date 07/09/2011
Miconazole Nitrate Cream 2 % apply Twice a week, stop date 07/09/2011

**Past Medical History**
Chickenpox

**Allergies**
pcn: hives: Allergy

**Reason for Appointment**
1. Aftercare Letter

**History of Present Illness**
TEMPLATES:
## AfterCare Letter.
STATUS OF SERVICES:
    Status of services

MEDICATION:
    Medication

MEANS OF RELEASE:
    Means of release

SERVICES SECURED PRIOR TO RELEASE:
    Services secured prior to release

COMMUNITY TREATMENT PROVIDER(S):
    Community treatment provider(s)

ASSESSMENT:
    Assessment

**Past Orders**
PPD (Collection Date - 04/18/2011)
    Result: Normal/Negative/Non-Reactive
    PPD(in mm)                    00mm
    Notes: Carberry,Marion , RN 4/18/2011
11:40:39 AM > Louis,Carline , RN 4/20/2011
8:34:48 AM > ppd read 00mm by davis lpn
RPR SEROLOGY (Collection Date - 04/18/2011)
    Result: Normal/Negative/Non-Reactive
    RPR SEROLOGY            NON-REACT NON-REACTIVE - N
    Notes: Carberry,Marion , RN 4/18/2011
11:38:17 AM > Bosworth,John 4/19/2011 5:38:21
AM >

**Examination**

PATIENT SIGNATURE:
    NAME, DATE AND

---

Patient: SHAW, TONY  DOB: 05/20/1965  Progress Note: Dawnette Henry-Davis, RN  05/10/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.131.61.134:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...    5/10/2011



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET   ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

015 - 151

**John C. Liu**
**COMPTROLLER**

Date:      01/23/2012
Claim No:  2012PI001884
RE:        Acknowledgment of Claim

TONY SHAW 349-11-06308
09-09 HAZEN ST
EAST ELMHURST, NY 11370

Dear Claimant:

    We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

    We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

    If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson



**THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

April 11, 2012

Mr. Tony Shaw
349-11-06308
GRVC
09-09 Hazen Street
Rikers Island
East Elmhurst, NY 11370

Dear Mr. Shaw:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of
Health, its medical contractor, Prison Health Services, Inc., Department of Correction and
Board of Correction officials after receiving your ~~wife's~~ recent complaint about your health
problems.

Please let us know whether or not you receive the medical services that we have
requested for you.

Sincerely yours,

DALE A. WILKER
Staff Attorney

DAW:ds

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Wednesday, April 11, 2012 5:26 PM |
| **To:** | Dr. Jay Cowan; Dr. Homer Venters |
| **Cc:** | 'Amanda.Raad@ropesgray.com'; Amanda Parsons; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Vivienne McDonald; capotler@boc.nyc.gov; karmstead@boc.nyc.gov; rtwolf@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | Tony Shaw 349-11-06308 GRVC |
| **Attachments:** | Picture (Metafile) |



The Prisoners' Rights Project has been contacted by Mr. Shaw who reports through his attorney that he has had trouble swallowing and stomach cramps. He says that he has a high 1.25 level count of H.Pylori.

Would you please have him seen as soon as possible and provided with any appropriate and necessary treatment?

Thank you for your attention to these matters. Please let us know your actions taken to address his medical treatment needs.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.



**THE**
**LEGAL**
**AID**
**SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

May 18, 2012

Mr. Tony Shaw
349-11-06308
GRVC
09-09 Hazen Street
Rikers Island
East Elmhurst, NY 11370

Dear Mr. Shaw:

Enclosed is an e-mail letter that we have sent on your behalf to the Department of Health, its medical contractor, Prison Health Services, Inc., Department of Correction and Board of Correction officials after receiving your recent complaint about your health problems.

Please let us know whether or not you receive the medical services that we have requested for you.

Sincerely yours,

DALE A. WILKER
Staff Attorney

DAW:ds

Wilker, Dale

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Friday, May 18, 2012 2:38 PM |
| **To:** | Dr. Jay Cowan; Dr. Homer Venters; 'Erik Berliner' |
| **Cc:** | Amanda Parsons; Donald Doherty; Dr. Carl J. Keldie; Dr. Luis Cintron; Dr. R. Macdonald; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Vivienne McDonald; capotler@boc.nyc.gov; karmstead@boc.nyc.gov; rtwolf@boc.nyc.gov; Tonya (BOC) Glover |
| **Subject:** | TONY SHAW  349-11-06308  GRVC 19 Bldg |
| **Attachments:** | Picture (Metafile) |



THE
LEGAL
AID
SOCIETY

The Prisoners' Rights Project has been contacted by Mr. Shaw  who reports that he was "turned back" from sick call yesterday when he tried to get treatment for chest and stomach pains.

He also reports that PHS has not honored a prescription that was written by the dermatologist to treat eczema, psoriasis and a skin rash.

Would you please have him seen as soon as possible and provided with any appropriate and necessary treatment?

Thank you for your attention to these matters.  Please let us know your actions taken to address his medical treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 6039
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

G.R.V.C. Correctional facility

I.G.R.C.

Date = 5/10/2012

From: Tony Shaw, B/C #349-11-06308

Housing unit: Bldg #19-44 cell

I went to sick call on the above date with sharp pains in my chest and stomach cramps. When I finally got to the G.R.V.C. Clinic about 9:30 Am the two Correction Officers C.O. Carentz and C.O. Thomas, told me to go back to my housing unit and to come back tomorrow.

Prior to my medical emergency for my situation I had informed Captain Blass-ingame and my housing unit C.O. that I was sick and did signed to go to sick call on 5/9/2012.

I only wanted to be checked out for my medical illness.

Tony Shaw,                    May 10th, 2012

| FINAL RESULT |
|---|

**George R. Vierno Center**
**09-09 Hazen Street**
**East Elmhurst, NY 11370**
**718-546-2107**

**PHYSICIAN INFORMATION**

Requesting: Mallavarapu, Raja
Ordering:   Mallavarapu, Raja

**PATIENT INFORMATION**

Name: SHAW, TONY
DOB:  05/20/1965
Housing Facility: George R. Vierno Center
Sex:   male
Tel:

**REPORT DETAILS**

Name:      HELICOBACTER ANTIBODY
(G,A,M)
Accession ID: 105839153
Lab Ref Id:   105839153

**REPORT DATES**

Order:      12/05/2011
Collection: 12/13/2011 09:50:00
Report:     12/15/2011 16:43:00
Result:     12/15/2011 16:39:00

| NAME | VALUE | | REF RANGE |
|---|---|---|---|
| H.PYLORI Ab.,IgG | 0.70 | | See Below |

```
- H.PYLORI (IgG, IgA, IgM) REFERENCE RANGES
-
-         RESULT (UNITS)          INTERPRETATION
-            <0.89                   NEGATIVE
-          0.89-0.99                 EQUIVOCAL
-            >0.99                   POSITIVE
- NOTE: This is a screening test for H.PYLORI. The diagnosis of
-       gastritis and peptic ulcers should be assessed with the
-       patients medical history and clinical symptoms. Results
-       in the equivocal range should be rechecked with a new
-       specimen in 2-5 weeks.
-       **H.Pylori,IgM is for research use only. This assay is
-       not for use in diagnostic procedures.
```

| NAME | VALUE | | REF RANGE |
|---|---|---|---|
| H.PYLORI Ab.,IgA | 1.25 | H | See Below |

```
- H.PYLORI (IgG, IgA, IgM) REFERENCE RANGES
-
-         RESULT (UNITS)          INTERPRETATION
-            <0.89                   NEGATIVE
-          0.89-0.99                 EQUIVOCAL
-            >0.99                   POSITIVE
- NOTE: This is a screening test for H.PYLORI. The diagnosis of
-       gastritis and peptic ulcers should be assessed with the
-       patients medical history and clinical symptoms. Results
-       in the equivocal range should be rechecked with a new
-       specimen in 2-5 weeks.
-       **H.Pylori,IgM is for research use only. This assay is
-       not for use in diagnostic procedures.
```

Patient: SHAW, TONY   DOB: 05/20/1965

H.PYLORI Ab.,IgM              0.61                          See Below
- H.PYLORI (IgG, IgA, IgM) REFERENCE RANGES
-
         RESULT (UNITS)         INTERPRETATION
-           <0.89                   NEGATIVE
-         0.89-0.99                 EQUIVOCAL
-           >0.99                   POSITIVE
- NOTE: This is a screening test for H.PYLORI. The diagnosis of
-       gastritis and peptic ulcers should be assessed with the
-       patients medical history and clinical symptoms. Results
-       in the equivocal range should be rechecked with a new
-       specimen in 2-5 weeks.
-       **H.Pylori,IgM is for research use only. This assay is
-       not for use in diagnostic procedures.

---

Patient: SHAW, TONY   DOB: 05/20/1965



TONYSHAN #12-A-2399
Groveland Correctional Facility
P.O. Box 50
Sonyea, NY 14556





CLERK

Room # 230

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St.
New York, N.Y. 10007

USM P3
SDNY

$01.720
09/24/2013
Mailed From 14556
US POSTAGE